

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER AND NOTICE OF INTENT TO DISMISS FOR WANT OF PROSECUTION

Appellate case name:      Rema Charles v. A.C. Kantara

Appellate case number:   01-17-00686-CV

Trial court case number:  17-CV-0407

Trial court:                   212th District Court of Galveston County

The Clerk of this Court's September 11, 2017 notice to appellant warned him that if he failed to provide evidence of a request and payment for the reporter's record by October 11, 2017, this Court might set the briefing schedule without the reporter's record. *See* TEX. R. APP. P. 37.3(c). Then on September 28, 2017, the Clerk of this Court notified appellant that, because the filing fee had not been paid by September 27, 2017, this appeal was subject to dismissal unless the filing fee was paid by October 30, 2017. *See id.* 5, 42.3. The reporter's record has not been filed; nor has a timely response regarding payment of the filing fee been filed in this Court.

Accordingly, this Court will consider and decide this appeal on those issues or points that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c)(1), (2). Appellant is **ORDERED** to pay the filing fee and to file the appellant's brief no later than **30 days from the date of this order** or this appeal **may be dismissed for want of prosecution without further notice**. *See id.* 5, 38.6(a), 42.3(b), (c).

It is so ORDERED.

Judge's signature: /s/ Evelyn V. Keyes
                            ☑ Acting individually    ☐ Acting for the Court
Date: October 24, 2017